IN THE CIRCUIT COURT OF RALLS COUNTY
AT NEW LONDON, MISSOURI

LOUANNA M. PETERSON, )
        Plaintiff, )
         )
v. )   Case No. _____
         )
AMERICAN FAMILY MUTUAL )
INSURANCE COMPANY, )
        Defendant. )

## PETITION

**COMES NOW** the Plaintiff and for her cause of action against the Defendant states as follows:

1. That Plaintiff is a resident of the State of Missouri currently residing in Ralls County, Missouri.

2. That Defendant is a mutual insurance company duly authorized to engage in the provision of automobile insurance coverage within the State of Missouri.

3. That on or about June 19, 2019 Plaintiff was operating a motor vehicle on US Highway 54 in Pike County, Missouri when she was rear-ended by another motorist.

4. That the accident was caused by the negligence and fault of the other motorist in the following respects:

    a. Said other motorist failed to keep a careful lookout;

    b. Said other motorist drove at an excessive rate of speed;

    c. Said other motorist caused her vehicle to collide with the rear of the vehicle being operated by Plaintiff; and

**EXHIBIT A**

  d. Said other motorist knew or should have known that there was a reasonable likelihood of a collision in time to have stopped, swerved or sounded a warning yet motorist failed to do so.

5. That as a result of the collision as hereinbefore described, the Plaintiff was severely and permanently injured and has incurred medical expenses in excess of Thirty-One Thousand Dollars and NO/100 ($31,000.00) with said medical expenses continuing due to ongoing treatment. In addition, Plaintiff has suffered lost wages as a result of her inability to work due to her injuries as well as having suffered the loss of her general enjoyment of life and her ability to engage in day to day activities.

6. That the Plaintiff's injuries are of a permanent and progressive nature.

7. That the other motorist as hereinbefore described was insured by a policy of insurance with policy limits of Twenty-Five Thousand Dollars and NO/100 ($25,000.00). Said limits are not sufficient to compensate the Plaintiff for her damages as hereinbefore described.

8. That at the time of the occurrence and at all relevant times herein, the Plaintiff was insured by the Defendant under policy number 0409697705 for which underinsured motorist coverage in the amount of One Hundred Thousand Dollars and NO/100 ($100,000.00) was afforded and for which Plaintiff had paid a premium.

9. That Plaintiff, by and through counsel, made demand upon the Defendant for settlement by email dated July 10, 2020. Thereafter, despite repeated follow-up phone calls to the Defendant and letters of inquiry, Defendant failed and refused to provide Plaintiff with a substantive response until September 25, 2020. Said response was nothing but dismissive with no good faith effort to come to an amicable resolution of the underinsured motorist claim.

10. That the Defendant's failure to timely respond to Plaintiff's settlement demand and its ultimate woeful settlement position demonstrates the Defendant's vexations nature of its handling of Plaintiff's claim and is without reasonable cause or excuse for which Plaintiff is entitled to penalties for vexatious refusal pursuant to provisions of Section 375.420 of the Revised Statues of the State of Missouri.

**WHEREFORE**, Plaintiff prays the Honorable Court to enter judgment in her favor and against the Defendant in the amount of One Hundred Thousand Dollars and NO/100 ($100,000.00) pursuant to the underinsured motorist coverage afforded the Plaintiff, that vexatious penalties pursuant to statute be assessed against the Defendant and that Plaintiff be awarded her costs and attorney's fees expended herein and for such other and further relief as the Court may deem meet and just in the premises.

Respectfully submitted,

By _____
MARK S. WASINGER, #31438
**WASINGER PARHAM, L.C.**
P.O. Box 962
Hannibal, Missouri 63401
(573) 221-3225
fax: (573) 221-1991
**ATTORNEY FOR PLAINTIFF**

# WasingerParham, L.C.

Attorneys at Law
2801 St. Mary's Avenue
P. O. Box 962
Hannibal, Missouri 63401-0962
Phone (573) 221-3225   FAX No. (573) 221-1991

JOHN B. MORTHLAND
JAMES D. TERRELL
MARK S. WASINGER
CASEY J. WELCH
NEIL F. MAUNE, JR.
AMY L. OHNEMUS
DAVID W. BROWN

MARION F. WASINGER
(1929-1998)
AUSTIN PARHAM
(1947-2001)

October 5, 2020

**"Via E-File"**
Mrs. Gina Jameson
Ralls County Circuit Court
P. O. Box 466
New London, MO 63459

      Re:  Peterson v. American Family Mutual Insurance Company
           Our File No. 19-589

Dear Mrs. Jameson:

Please find attached hereto a Petition and Confidential Case Filing Information Sheet which have been electronically filed this day. You will find that the filing fee of $110.50 has been electronically paid.

Please issue a Summons to be served upon the Director, Department of Commerce and Insurance, 301 West High Street, Room 530, Jefferson City, MO 65101.

Thank you for your assistance in this matter.

          Very truly yours,

          WASINGER PARHAM, L.C.

          By _____
              Mark S. Wasinger

MSW: cm
Enclosure
Cc: Ms. Louanna M. Peterson



# IN THE 10TH JUDICIAL CIRCUIT, RALLS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>RACHEL BRINGER SHEPHERD | Case Number: 20RL-CV00261 |
| Plaintiff/Petitioner:<br>LOUANNA M PETERSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK S WASINGER<br>WASINGER PARHAM LC<br>PO BOX 962<br>HANNIBAL, MO  63401-0962 |
| Defendant/Respondent:<br> AMERICAN FAMILY MUTUAL INSURANCE CO | Court Address:<br>311 S MAIN - SECOND FLOOR<br>PO BOX 466<br>NEW LONDON, MO  63459 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

*(Date File Stamp)*

## Summons in Civil Case

**The State of Missouri to:** AMERICAN FAMILY MUTUAL INSURANCE CO
**Alias:**
% DIR DEPT OF COMMERCE & INSURANCE
301 WEST HIGH ST, ROOM 530
JEFFERSON CITY, MO  65101



COURT SEAL OF
RALLS COUNTY

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_OCTOBER 6, 2020_                    _/S/ ROSANNE EPPERSON_
Date                                                            Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                  Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
Date                                                                         Notary Public

**Sheriff's Fees, if applicable**
Summons                                              $_____
Non Est                                                  $_____
Sheriff's Deputy Salary
Supplemental Surcharge                   $____10.00_____
Mileage                                                 $_____ (_____ miles @ $._____ per mile)
**Total**                                                  $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 10TH JUDICIAL CIRCUIT, RALLS COUNTY, MISSOURI

| Judge or Division: RACHEL BRINGER SHEPHERD | Case Number: 20RL-CV00261 |
|---|---|
| Plaintiff/Petitioner: LOUANNA M PETERSON vs. | Plaintiff's/Petitioner's Attorney/Address MARK S WASINGER WASINGER PARHAM LC PO BOX 962 HANNIBAL, MO 63401-0962 |
| Defendant/Respondent: AMERICAN FAMILY MUTUAL INSURANCE CO | Court Address: 311 S MAIN - SECOND FLOOR PO BOX 466 NEW LONDON, MO 63459 |
| Nature of Suit: CC Pers Injury-Vehicular | |

(Date File Stamp)

RECEIVED OCT 13 2020 SHERIFF'S COUNTY OFFICE

## Summons in Civil Case

The State of Missouri to: AMERICAN FAMILY MUTUAL INSURANCE CO
Alias:
% DIR DEPT OF COMMERCE & INSURANCE
301 WEST HIGH ST, ROOM 530
JEFFERSON CITY, MO 65101

**COURT SEAL OF RALLS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

OCTOBER 6, 2020         /S/ ROSANNE EPPERSON
Date                     Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: Debra Lee (name) Designee (title).
☐ other: _____

Served at 301 W High St. Jefferson City MO 65101 (address)
in Cole (County/City of St. Louis) MO, on 10-14-2020 (date) at 9:20 AM (time).

Sheriff _____ By Dep. John Stanfell 81
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                          Date                Notary Public

FILED GINA JAMESON OCT 26 2020 CIRCUIT CLERK RALLS COUNTY, MO

$16.77 $30

**Sheriff's Fees, if applicable**
Summons              $ _____
Non Est              $ _____
Sheriff's Deputy Salary
Supplemental Surcharge $ 10.00
Mileage              $ _____ ( _____ miles @ $ _____ per mile)
Total                $ _____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.