IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| LOUANNA M. PETERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:20-cv-00067-DDN |
| ) | |
| AMERICAN FAMILY ) | |
| MUTUAL INSURANCE ) | |
| COMPANY, S.I., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL

All matters in controversy between the parties hereto having been fully and finally resolved, compromised and settled, it is hereby stipulated and agreed that plaintiff's cause of action may be, and the same is hereby dismissed with prejudice to the rights of the plaintiff and each party to bear their own costs.

SO ORDERED:

_____

_____
LOUANNA M PETERSON, Plaintiff

_____
Mark S. Wasinger, #31438
PO BOX 962
Hannibal, MO 63401
(573) 221-3225
Attorney for Plaintiff

_____
Scott Simpson, #59828
P.O. Box 77055
Madison, WI 53707
Bus: (314) 542-0015
Fax: (866) 292-8815
ssimpso1@amfam.com
Attorney for American Family Mutual Insurance Company, S.I.